UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **JULIA COLLINS** | : | Case No. 1:15-cv-00069-JTC |
|     **Plaintiff** | : | |
| | : | |
|     **vs.** | : | |
| | : | |
| **TURNING POINT SOLUTIONS, LLC** | : | |
|     **Defendant** | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that Plaintiff, JULIA COLLINS, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against TURNING POINT SOLUTIONS, LLC, with prejudice. Each party is responsible for their own attorney's fees.

BY:  _/s/Brent F. Vullings_
Brent F. Vullings, Esq.
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060